IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BOARD OF TRUSTEES, )
SHEET METAL WORKERS' )
NATIONAL PENSION FUND, )
 )
    Plaintiff, ) Civil Action No. 1:10-cv-978
 )
v. )
 )
COASTAL RESTAURANT )
FABRICATION, INC., )
 )
    Defendant. )

## ORDER

This matter comes before the Court on Plaintiff's Motion for Default Judgment (Dkt. No. 7), and the Report and Recommendation of the Magistrate Judge recommending entry of default judgment against Defendant Coastal Restaurant Fabrication, Inc. ("Coastal"). (Dkt. No. 13). Coastal has not filed any objections to the Report and Recommendation. Based on a *de novo* review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. Accordingly, it is hereby

ORDERED that a default judgment be entered in favor of the Board of Trustees, Sheet Metal Workers' National Pension Fund against Defendant Coastal in the amount of $108,772.87 with interest accruing from the date of judgment until paid.

Alexandria, Virginia
January 27, 2011

/s/
Liam O'Grady
United States District Judge